UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS MANUEL FARIAS,<br><br>Defendant. | No. CR-12-123-FVS<br><br>**ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the court is Defendant's Motion to Modify Conditions of Release, ECF No. 44. The court having reviewed the reasons for the request, and the United States having no objection,

**IT IS ORDERED,** for good cause shown, the Defendant's Motion to Modify Conditions of Release, **ECF No. 44,** is **GRANTED.** The Defendant, Luis Manuel Farias, is permitted to travel and leave his home without prior written permission from the United States Probation Office; provided, however, Defendant shall have a curfew from **10:00 p.m. to 5:00 a.m.**

DATED December 19, 2012.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF RELEASE  - 1