UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS MANUEL FARIAS,<br><br>Defendant. | No. CR-12-123-FVS-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

This matter came before the Court on Defendant, Luis Farias' Motion to Modify Conditions of Release [ECF No. 113]; the court having reviewed the reasons for the request; and the Government and Pretrial Services having no objection; Now Therefore:

**IT IS HEREBY ORDERED,** for good cause shown, the Defendant's Motion to Modify Conditions of Release is **GRANTED**. The Defendant, Luis Manuel Farias, is permitted to travel within the Pacific Northwest (Washington, Oregon and Idaho) for verifiable employment and his curfew is lifted. All other conditions of release remain.

The District Court Executive is directed to enter this Order and provide copies to counsel via CM/ECF.

DATED July 15, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER    - 1